FILED

MAR 2 2 2013

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Tiayon Kardell Evans,　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　Plaintiff,　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　v.　　　　　　　　　　　　)　　　Civil Action No. **13 374**
　　　　　　　　　　　　　　　　)
William K.Suter,　　　　　　　　　)
　　　　　　　　　　　　　　　　)
　　　　Defendant.　　　　　　　　)

MEMORANDUM OPINION

This action is before the Court on its initial review of plaintiff's *pro se* complaint and application to proceed *in forma pauperis*. The Court will grant the application and dismiss the complaint for lack of subject matter jurisdiction. *See* Fed. R. Civ. P. 12(h)(3) (requiring dismissal of an action "at any time" the Court determines that it lacks subject matter jurisdiction).

Plaintiff, a prisoner at the Federal Correctional Institution Elkton in Lisbon, Ohio, sues the Clerk of the United States Supreme Court for refusing to file his application for a writ of habeas corpus addressed to Justice Elena Kagan. Compl. ¶¶ 8-12. Plaintiff seeks $1.2 million in damages. *Id.* at 5. This Court lacks jurisdiction to review the decisions of the United States Supreme Court, including those of its Clerk of Court. *In re Marin*, 956 F.2d 339, 340 (D.C. Cir. 1992); *see Panko v. Rodak*, 606 F.2d 168, 171 n.6 (7th Cir. 1979), *cert. denied*, 444 U.S. 1081 (1980) ("It seems axiomatic that a lower court may not order the judges or officers of a higher court to take an action."). Therefore, this case will be dismissed with prejudice. A separate Order accompanies this Memorandum Opinion.

Date: March ____, 2013　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　United States District Judge

(M)

3